UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                        Plaintiff,<br><br>v.<br><br>RENAE M. ARABO, et al.,<br><br>                        Defendants. | Case No.: 19cv1594-W-MDD<br><br>**ORDER REQUIRING PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY HE SHOULD NOT BE DISQUALIFIED FOR CONDUCT PREJUDICIAL TO THE ADMINISTRATION OF JUSTICE** |

    It has come to the Court's attention that Plaintiff's attorney, Mr. Geoffrey Bentley, has filed cases in this Court on behalf of Plaintiff Mr. Karel Spikes for violations of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. and for violations of California Civil Code § 51, *et seq*. Mr. Bentley has also filed complaints on his own behalf in the San Diego County Superior Court for the same or similar violations against the same defendants. For example, Mr. Bentley has filed a lawsuit nearly identical to this action in San Diego Superior Court against the Defendants in this action. *See Bentley v. Arabo*, No. 37-2019-00045322-CU-CR-CTL. Below is a list of other cases in which Mr. Bentley has filed a lawsuit in this Court on

behalf of Mr. Spikes and in San Diego County Superior Court on his own behalf against identical defendants:[1]

|      | Case Name | Case Number | Court |
|------|-----------|-------------|-------|
| 1.a. | Bentley v. 123 Broadway Partners LLC | 37-2019-00006107-CU-CR-CTL | State |
| 1.b. | Spikes v. 123 Broadway Partners, LLC, et al. | 19cv194-CAB-KSC | Federal |
| 2.a. | Bentley v. ABU Noah Investments LLC | 37-2019-00046244-CU-CR-CTL | State |
| 2.b. | Spikes v. ABU Noah Investments, LLC et al | 19cv1672-BAS-WVG | Federal |
| 3.a. | Bentley v. All Pro Auto Repair Inc | 37-2019-00045301-CU-CR-CTL | State |
| 3.b. | Spikes v. All Pro Auto Repair, Inc. et al | 19cv1591-CAB-WVG | Federal |
| 4.a. | Bentley v. Boden | 37-2019-00016319-CU-CR-CTL | State |
| 4.b. | Spikes v. Boden et al | 19cv630-AJB-MDD | Federal |
| 5.a. | Bentley v. Carl A Chase Living Trust 12-10-14 | 37-2019-00045334-CU-CR-CTL | State |
| 5.b. | Spikes v. Carl A. Chase Living Trust (12-00010-14) et al | 19cv1597-W-BGS | Federal |
| 6.a. | Bentley v. Chula Vista | 37-2019-00018021-CU-CR- | State |

---

[1] These are cases the Court has been made aware of.  There may be additional cases.

|       | Rentals LLC | CTL |  |
|-------|-------------|-----|--|
| 6.b.  | Spikes v. Chula Vista Rentals, LLC et al | 19cv641-H-BGS | Federal |
| 7.a.  | Bentley v. El Mexicano Newspaper Inc | 37-2019-00006099-CU-CR-CTL | State |
| 7.b.  | Spikes v. El Mexicano Newspaper, Inc et al | 19cv195-DMS-MSB | Federal |
| 8.a.  | Bentley v. Essel Commercial LP | 37-2019-00045315-CU-CR-CTL | State |
| 8.b.  | Spikes v. Essel Commercial, L.P. et al | 19cv1592-JM-MSB | Federal |
| 9.a.  | Bentley v. Lavenant | 37-2019-00006114-CU-CR-CTL | State |
| 9.b.  | Spikes v. Lavenant et al | 19cv197-L-MSB | Federal |
| 10.a. | Bentley v. Terrence William Mann Trustee of The Terrence William Mann Trust and Trustee of the Mann Family Trust 3-13-04 | 37-2019-00016311-CU-CR-CTL | State |
| 10.b. | Spikes v. Mann et al | 19cv633-JLS-RBB | Federal |
| 11.a. | Bentley v. PGN198 Inc | 37-2019-00016522-CU-CR-CTL | State |
| 11.b. | Spikes v. PGN198, Inc. et al | 19cv543-MMA-AHG | Federal |
| 12.a. | Bentley v. Rosam LLC | 37-2019-00045065-CU-CR-CTL | State |
| 12.b. | Spikes v. Rosam, LLC et al | 19cv1604-MMA-WVG | Federal |
| 13.a. | Bentley v. San Diego | 37-2019-00014337-CU-CR- | State |

|       | Investments LLC              | CTL                       |         |
|-------|------------------------------|---------------------------|---------|
| 13.b. | Bentley v. San Diego Investments LLC | 37-2019-00014352-CU-CR-CTL | State   |
| 13.c. | Spikes v. San Diego Investments LLC et al | 19cv634-H-MSB      | Federal |
| 14.a. | Bentley v. Sanchez           | 37-2019-00016207-CU-CR-CTL | State   |
| 14.b. | Spikes v. Sanchez et al      | 19cv535-MMA-MDD           | Federal |
| 15.a. | Bentley v. Shockley          | 37-2019-00014346-CU-CR-CTL | State   |
| 15.b. | Spikes v. Shockley et al     | 19cv523-DMS-JLB           | Federal |

Civil Local Rule 83.4 requires attorneys permitted to practice in this Court to comply with the standards of professional conduct required of members of the State Bar of California and prohibits attorneys from engaging "in any conduct which degrades or impugns the integrity of the court or in any manner interferes with the administration of justice within the Court." S.D. Cal. Civ. L.R. 83.4(b). Pursuant to Rule 8.4 of California's Rules of Professional Conduct, it is professional misconduct for a lawyer to "engage in conduct that is prejudicial to the administration of justice." Cal. Rules of Prof. Conduct 8.4(d).

It is within the trial court's discretion to disqualify counsel due to an ethical violation. *See Censhaw v. MONY Life Ins. Co.*, 318 F. Supp. 2d 1015, 1020 (S.D. Cal. 2004) ("The disqualification of counsel because of an ethical violation is a discretionary exercise of the trial court's inherent powers."). When deciding whether disqualification of counsel is appropriate, "the paramount concern must be the preservation of public trust both in the

scrupulous administration of justice and in the integrity of the bar." *State Farm Mut. Auto. Ins. Co. v. Fed. Ins.*, 72 Cal. App. 4th 1422, 1428 (Cal. Ct. App. 1999). The Court is concerned that Mr. Bentley's conduct in representing Mr. Spikes in federal court and himself in state court for the same or similar violations against identical defendants is prejudicial to the administration of justice and is also conduct which degrades and impugns the integrity of the Court.[2] Accordingly, the Court **ORDERS** Plaintiff's counsel to show cause why he should not be disqualified for conduct that is prejudicial to the administration of justice in a writing not to exceed five (5) pages on or before **February 7, 2020**. Defendants may file a written response not to exceed five (5) pages on or before **February 12, 2020**.

**IT IS SO ORDERED**.

Dated:   January 27, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[2] In light of this conduct, the Court vacated the Early Neutral Evaluation and Case Management Conferences. The Court will reset these conferences upon resolution of this order to show cause.