UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES.<br><br>                       Plaintiff,<br>v.<br><br>RENAE M. ARABO, et al.,<br><br>                       Defendants. | Case No.: 19-CV-001594 W (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STAY [DOC. 21]** |

Pending before the Court is Plaintiff Karel Spikes' ex parte motion to stay this lawsuit to allow for a writ of mandamus to be filed with the Ninth Circuit Court of Appeals in connection with this Court's affirmation of Magistrate Judge Dembin's order disqualifying Plaintiff's counsel. Defendants oppose the ex parte motion. [Doc. 23.]

"A writ of mandamus may be used to review the disqualification of counsel by a district court because the harm of such disqualification cannot be corrected with an ordinary appeal." Cole v. U.S. Dist. Court For Dist. of Idaho, 366 F.3d 813 (9th Cir. 2004). However, filing a writ of mandamus does not automatically stay proceedings in the district court. Filtrol Corp. v. Kelleher, 467 F.2d 242, 244 (9th Cir. 1972). Rather, the court has broad discretion to decide whether a stay is appropriate to "promote

economy of time and effort for itself, for counsel, and for litigants." Id.  The court must exercise sound discretion in exercising this power, weighing competing interests, including: (1) the damage that may result from a stay; (2) the hardship or inequities that may result from allowing the case to go forward; and (3) how granting or denying a stay may affect the orderly course of justice, including "simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay."  CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962) (citations omitted).

In consideration of these interests, the Court **GRANTS** the ex parte motion [Doc. 21] and **ORDERS** this matter **STAYED** for the limited purpose of permitting Mr. Bentley to represent Plaintiff in seeking a writ from the Ninth Circuit Court of Appeals. Within seven (7) days of the date the Court of Appeals issues a decision on Plaintiff's pending petition for writ of mandamus, the parties will contact the Magistrate Judge's Chambers to schedule a status conference.

**IT IS SO ORDERED.**

Dated:  May 22, 2020

_____
Hon. Thomas J. Whelan
United States District Judge