# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RENAE ARABO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-01594 W (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 48]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 48.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 18, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　United States District Judge